**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO,**
**EASTERN DIVISION**

JAMES J. ENGLAND,

          Plaintiff,

   v.

CITY OF COLUMBUS, et al.,

          Defendants.

Case No. 2:17-cv-104

Judge Marbley

Magistrate Judge Jolson

## AGREED DISMISSAL ENTRY

This cause came before the Court from a telephone status conference held with the Court on February 26, 2018. Franklin County Municipal Court Case 15 CRB 4964 remains pending and has a direct impact on the legal issues in this case. Therefore, the parties and Court agree that his case must be dismissed.

As part of the dismissal, the Parties agree that all discovery already completed shall be maintained and used again when this lawsuit is refiled. Further, all parties agree to preserve all evidence and maintain all litigation holds on electronically or otherwise stored information including but not limited to emails and text messages. The parties agree that they may continue to exchange informal discovery including but not limited to discovery related to Plaintiff's damages with the intent to support settlement before this lawsuit is refiled.

The Court accepts the agreement of the parties. Therefore, the Court hereby dismisses this case without prejudice.

IT IS SO ORDERED.

Judge _____

**SUBMITTED:**

/s/Jennifer L Routte

Jennifer L. Routte (0085204)

C. Christopher Alley (0086182)

ROUTTE LAW, LLC.

142 Granville Street, Gahanna, Ohio 43230

(614) 475-7008 / (614) 472-4155(fax)

jen.routte@routtelaw.com

chris.alley@routtelaw.com

Attorneys for Plaintiff


**SUBMITTED:**

/s/ Andrew D.M. Miller

Andrew D.M. Miller (0074515)

*Assistant City Attorney*

CITY OF COLUMBUS, DEPARTMENT OF LAW

RICHARD C. PFEIFFER, JR., CITY ATTORNEY

77 North Front Street, Columbus, Ohio 43215

(614) 645-7385 / (614) 645-6949 (fax)

admmiller@columbus.gov

Attorneys for Defendants

\* By Andrew DM Miller per email authority granted 3/1218


**SUBMITTED:**

/s/ Jo Kaiser

Jo Kaiser (0072449)

155 West Main Street, Suite 100

Columbus, Ohio 43215

(614) 224-8484

jhanskaiser@hotmail.com

Attorney for Plaintiff

\*\* By Jo Kaiser per email authority granted 3/12/18.